UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEW WARDEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALLIED INSURANCE, et al.,<br><br>　　　　　Defendant. | NO. CV 16-7341-DMG (AGR)<br><br>ORDER OF DISMISSAL |

On August 22, 2017, the Magistrate Judge filed a Report recommending that Defendants' motion to dismiss be granted; that Plaintiff's First Amended Complaint be dismissed with limited leave to amend; and that the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims absent a viable federal claim. [Doc. # 26.]

On October 18, 2017, the Court accepted the Report's findings and recommendation and gave Plaintiff leave to amend, solely as to his claims under 42 U.S.C. §§ 1985(2)-(3) and 1986, within 30 days of the date of entry of the Court's order (October 18, 2017). The Court specifically warned Plaintiff that, if he did not file a further amended complaint "within 30 days after entry of this Order, this action shall be dismissed for lack of prosecution." [Doc. # 28.]

1 | To date, Plaintiff has not filed a Second Amended Complaint.  Accordingly, the
2 | action is DISMISSED (a) for lack of prosecution as to his federal law claims, and (b)
3 | without prejudice as to his state law claims for lack of supplemental jurisdiction.

DATED: November 30, 2017

                                                    DOLLY M. GEE
                                            United States District Judge