**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEW WARDEN, | NO. CV 16-7341-DMG (AGR) |
| Plaintiff, | JUDGMENT |
| v. | |
| ALLIED INSURANCE, et al., | |
| Defendant. | |

Pursuant to the Order Of Dismissal,

IT IS ADJUDGED that this action is dismissed (a) for lack of prosecution as to Plaintiff's federal law claims and (b) without prejudice as to his state law claims, over which the Court declines to exercise supplemental jurisdiction.

DATED: November 30, 2017

　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge